CYNTHIA BRONK, as Administratrix, etc., Appellant, *v.* THE NEW YORK AND NEW HAVEN RAILROAD COMPANY, Respondent.

(Argued October 3, 1888; decided October 16, 1888.)

APPEAL from judgment of the Court of Common Pleas in and for the city and county of New York, entered upon an order made March 14, 1887, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial.

*James W. Cairns* for appellant.

*Henry W. Taft* for respondent.

Agree to affirm; no opinion.
All concur, except DANFORTH, J., dissenting.
Judgment affirmed.